Mark D. FRANKLIN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 57, 2016

Supreme Court of Delaware.

Submitted: April 27, 2016

Decided: June 1, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 0108020942.

DISMISSED.

■

Edwin SANTIAGO, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 115, 2016

Supreme Court of Delaware.

Submitted: June 1, 2016

Decided: June 1, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1410007551.

DISMISSED.